# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Johan Santiago Avila Jimenez, and Senon Martinez Montoya, on behalf of themselves and others similarly situated in the proposed FLSA Collective Action<br>*Plaintiff(s)*<br>v.<br>Ayat LLC, and Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani),<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  25-cv-06346-CHK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Levin-Epstein & Associates, P.C.
Attn: Joshua Levin-Epstein, Esq.
    Jason Mizrahi, Esq.
420 Lexington Avenue, Suite 2458
New York, NY 10170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/18/2025

*Shirley Mora*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by* **Fed. R. Civ. P. 4** *(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
 designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                        _____
                                                                                             *Server's signature*

                                                           _____
                                                                                         *Printed name and title*

                                                           _____
                                                                                              *Server's address*

Additional information regarding attempted service, etc:

**LEVIN-EPSTEIN & ASSOCIATES, P.C.**
_____
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0046 • E: Joshua@levinepstein.com

# RIDER

Ayat LLC
274 36th Street
Brooklyn, NY 11232

Ayat LLC
107 Loisaida Ave.
New York, NY 10009

Ayat LLC
242 Knickerbocker Ave.
Brooklyn, NY 11237

Ayat LLC
1616 Cortelyou Rd.,
Brooklyn, NY 11226

Ayat LLC
8504 3rd Ave.,
Brooklyn, NY 11209

Ayat LLC
2018 Hylan Blvd.
Staten Island, NY 10306

Ayat LLC
15 Spring St.
Princeton, NJ 08542

Ayat LLC
1243 W Tilghman Street
Allentown, PA 18102l

Ayat LLC
1725 2nd Ave.
New York, NY 10128

Ayat LLC
151 Atlantic Ave.
Brooklyn, NY 11201

Ayat LLC
190 W. Main St.
Somerville, NJ 08876

# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0046 • E: Joshua@levinepstein.com

## **RIDER**

Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani)
274 36th Street
Brooklyn, NY 11232

Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani)
107 Loisaida Ave.
New York, NY 10009

Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani)
242 Knickerbocker Ave.
Brooklyn, NY 11237

Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani)
1616 Cortelyou Rd.,
Brooklyn, NY 11226

Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani)
8504 3rd Ave.,
Brooklyn, NY 11209

Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani)
2018 Hylan Blvd.
Staten Island, NY 10306

Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani)
15 Spring St.
Princeton, NJ 08542

Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani)
1243 W Tilghman Street
Allentown, PA 18102l

Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani)
1725 2nd Ave.
New York, NY 10128

Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani)
151 Atlantic Ave.
Brooklyn, NY 11201

Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani)
190 W. Main St.
Somerville, NJ 08876