UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

JOHAN SANTIAGO AVILA JIMENEZ and SENON MARTINEZ MONTOYA, on behalf of themselves and others similarly situated in the proposed FLSA Collective Action

                               Plaintiffs,

   - against –

AYAT LLC and ELENANI ABDELRAHMAN, a/k/a ABDUL ELENANI, a/k/a ABDUL RAHMAN ELENANI,

                               Defendants.

-------------------------------------------------------------------------x

Index No.: 25-cv-6346 (CHK)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Celena R. Mayo of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP hereby appears as counsel for Defendants AYAT LLC and ELENANI ABDELRAHMAN, a/k/a ABDUL ELENANI, aka ABDUL RAHMAN ELENANI**,** in the above-entitled action. Please enter this appearance and service of all papers in this action be served upon the undersigned at the office stated below.

Dated:   New York, New York
            December 22, 2025

                                              **WILSON, ELSER, MOSKOWITZ,**
                                              **EDELMAN & DICKER LLP**

                       By:      _____
                                 Celena R. Mayo
                                 *Attorneys for Defendants*
                                 150 East 42nd Street
                                 New York, NY 10017-5639
                                 Telephone: 212 915-5854
                                 celena.mayo@wilsonelser.com
                                 Our File No.: 26455.00063

327010406v.1