

December 22, 2025

**Celena R. Mayo**
212 915 5854 (direct)
Celena.mayo@wilsonelser.com

Hon. Clay H. Kaminsky, USMJ
US District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Johan Santiago Avila Jiminez, et al., v. Ayat LLC, et al.
              Index No.:    25 cv 06346 (CHK)
              Our File No.:    26455.00063

Dear Judge Kaminsky;

My office represents Ayat LLC and Abdul Elenani in the above captioned case. I write, with plaintiffs' counsel's consent, to respectfully request an enlargement of defendants' time to respond to the Complaint to January 26, 2026, from December 24, 2025 (as to Ayat LLC) and from December 25, 2025 (as to Mr. Elenani). This is defendants first request for additional time to respond to the Complaint. We make this request because: a) we have only just been retained; b) we require the time to investigate the allegations in the Complaint, gather the documents set out in the Court's November 19, 2025 Scheduling Order, and to prepare a response to the Complaint; and c) I will be largely out of the office for the end of year holidays. This request does not impact any currently scheduled due dates.

I understand from your Honor's Individual Practice Rules that this request as to Ayat LLC was due three business days in advance of the December 24, 2025, due date. I apologize to the Court for the lateness of my request. Conflicts cleared as to our retention late Friday, and I immediately reached out to plaintiff's counsel then. Unfortunately, it was after business hours, so consent was not secured until Sunday.

Last, I confirm that defendants waive any objections to the service of the Complaint.

Thank you for your attention to this matter.

Respectfully submitted,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Celena R. Mayo

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

327009868v.1