UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X

| | | |
|---|---|---|
| Johan Santiago Avila Jimenez, and Senon Martinez Montoya, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,<br>Plaintiffs,<br><br>against<br><br>Ayat LLC, and Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani),<br><br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Case No.**<br>1:25-cv-06346-CHK<br><br>**7.1 CORPORATE STATEMENT** |

------------------------------------------------------------------------- X

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that there are no corporate parents, affiliates and/or subsidiaries of the defendants Fatta Mano Inc., f/k/a Falahi Farms ("Fatta Mano") and Ayat 36, Inc. ("Ayat 36") jointly s/h/a Ayat LLC which are publicly held.

Dated:   New York, New York
         January 26, 2025

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:   _____
      Celena Mayo, Esq.
      *Attorney for Defendant*
      150 East 42nd Street
      New York, NY 10017
      Tel: (212) 490-3000
      Our File No.: 22643.00105
      Celena.Mayo@wilsonelser.com

328246238v.1