**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- **X**

Johan Santiago Avila Jimenez, and Senon Martinez Montoya, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action and in the proposed Class*,

                                     *Plaintiffs*,

           *against*

Ayat LLC, Fatta Mano Inc., Ayat 36, Inc., and Elenani Abdelrahman (a/k/a Abdul Rahman Elenani) (a/k/a Abdul Elenani),

                                   *Defendants*.

------------------------------------------------------------------- **X**

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**Case No.**
1:25-cv-06346-CHK

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Celena Mayo, of WILSON, ELSER, MOSKOWITZ,

EDELMAN & DICKER LLP hereby appears as counsel for defendants **FATTA MANO INC.**

and **AYAT 36, INC.** in the above-entitled action. Please enter this appearance and serve all

papers in this action on the undersigned at the address identified below.

Dated: New York, New York
      March 16, 2026

                        **WILSON, ELSER, MOSKOWITZ,**
                        **EDELMAN & DICKER LLP**

        By: _____

                        Celena R. Mayo, Esq.
                        *Attorney for Defendants Fatta Mano, Inc., Ayat*
                        *36, Inc., and Abdelrahman Elenani, s/h/a Elenani*
                        *Abdelrahman*
                        150 East 42nd Street
                        New York, New York 10017
                        Tel: (212) 490-3000
                        Fax: (212) 490-3038
                        Celena.mayo@wilsonelser.com
                        Our File No.: 26455.00063

331283717v.1