# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10165
T: 212.792-0048 • E: Josh@levinepstein.com

July 9, 2026

***Via ECF***
The Hon. Clay H. Kaminsky, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Avila Jimenez et al v. Ayat LLC et al*
       **Case No.: 1:25-cv-06346-CHK**

Dear Honorable Magistrate Judge Kaminsky,

This law firm is counsel to Plaintiffs Johan Santiago Avila Jimenez and Senon Martinez Montoya, on behalf of themselves and others similarly situated in the proposed FLSA Collective Action (collectively, the "Plaintiffs"), in the above-referenced matter.

Plaintiffs respectfully write to notify the Court that the parties have reached a settlement of this action and intend to file any necessary papers with the Court shortly pursuant to the Second Circuit's decisions in Cheeks v. Freeport Pancake House, Inc.,796 F.3d 199 (2d Cir. 2015) and Samake v. Thunder Lube, Inc., 24 F.4th 804 (2d Cir. 2022).

In light of the parties' settlement, Plaintiffs respectfully request that all upcoming appearances and deadlines by adjourned sine die.

Thank you, in advance, for your time and attention to this matter.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Joshua D. Levin-Epstein*
     Joshua D. Levin-Epstein,
     420 Lexington Avenue, Suite 2458
     New York, NY 10170
     Tel. No.:  (212) 792-0048
     Email: Joshua@levinepstein.com
     *Attorneys for Plaintiffs*

VIA ECF: All Counsel

1